# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
(Topeka Docket)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                CASE NO.: 5:24-mj-05118-RES

JUAN PESCADOR CHIMAL,
    Defendant.

# COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### TRANSPORTING ILLEGAL ALIENS
### [8 U.S.C. § 1324(a)]

On or about 26th day of November, 2024, in the District of Kansas and elsewhere, the defendant,

**JUAN PESCADOR CHIMAL,**

knowingly and in reckless disregard of the fact that O.M.B. had come to, entered, and

1

remained in the United States in violation of the law, did transport and move O.M.B. within the United States by means of transportation and otherwise in furtherance of such violation of the law for the purpose of commercial advantage or private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii).

# COUNT 2

## TRANSPORTING ILLEGAL ALIENS
## [8 U.S.C. § 1324(a)]

On or about 26th day of November, 2024, in the District of Kansas and elsewhere, the defendant,

**JUAN PESCADOR CHIMAL,**

knowingly and in reckless disregard of the fact that E.N.Z. had come to, entered, and remained in the United States in violation of the law, did transport and move E.N.Z. within the United States by means of transportation and otherwise in furtherance of such violation of the law for the purpose of commercial advantage or private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii).

# COUNT 3

## TRANSPORTING ILLEGAL ALIENS
## [8 U.S.C. § 1324(a)]

On or about 26th day of November, 2024, in the District of Kansas and elsewhere, the defendant,

**JUAN PESCADOR CHIMAL,**

knowingly and in reckless disregard of the fact that R.L.H. had come to, entered, and remained in the United States in violation of the law, did transport and move R.L.H. within the United States by means of transportation and otherwise in furtherance of such violation of the law for the purpose of commercial advantage or private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii).

I further state that I am a Special Agent with the United States Department of Homeland Security, and that this Complaint is based on the following facts:

SEE ACCOMPANYING AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE AS THOUGH SET OUT IN FULL HEREIN.

*Tanner J Palmer*
Tanner J. Palmer
Special Agent
Department of Homeland Security

The foregoing subscribed and sworn before me by telephone on this the 2nd day of December, 2024, in accordance with Federal Rule of Criminal Procedure 4.1(b)(1).

*Rachel Schwartz*
RACHEL E. SCHWARTZ
United States Magistrate Judge
District of Kansas

3

# **PENALTIES**

**Counts 1-3: 8 U.S.C. § 1342(a)(1)(A)(ii)**

- Punishable by a term of imprisonment of not more than ten (10) years. 8 U.S.C. §1342(a)(1)(B)(i).

- A term of supervised release and not to exceed three years. 18 U.S.C. § 3583(b).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).